IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| COLUMBIA INSURANCE GROUP, INC., and COLUMBIA MUTUAL INSURANCE COMPANY, INC., | * * * * |
| Plaintiffs, | * * |
| vs. | * No. 4:14CV00512 SWW * |
| ARKANSAS INFRASTRUCTURE, INC., CENARK PROJECT MANAGEMENT SERVICES, INC., DAVID BARRON, MICHAEL COLLINGS, JANICE COLLINGS, KIM COLLINGS, DEBRA COLLINGS, KENNETH WINBERG, MARIANNE WINBERG, GUY COLLINGS, CATHERINE COLLINGS, WILLIAM MILES, KAYE MILES, and K. GEORGE COLLINGS, | * * * * * * * * * * * |
| Defendants. | * |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that declaratory judgment be and is hereby granted to Plaintiffs Columbia Insurance Group, Inc. and Columbia Mutual Insurance Company, Inc.. The policy of insurance issued by Plaintiffs, Commercial General Liability Insurance Policy No. CGSAR12795, to Separate Defendants Arkansas Infrastructure, Inc. and David Barron, provides no coverage for the claims asserted by Separate Defendants Michael Collings, Janice Collings, Kim Collings, Debra Collings, KennethWinberg, Marianne Winberg, Guy Collings, Catherine Collings, William Miles, Kaye Miles, and K. George Collings in the Circuit Court of Van Buren County, Case No. CV-2012-120. Pursuant to the Opinion and Order entered on September 23, 2015, and to the Opinion an Order entered today, judgment is entered

in favor Separate Defendants Arkansas Infrastructure Inc. and David Barron on their counterclaim that Columbia Insurance Group, Inc. and Columbia Mutual Insurance Company, Inc. have a duty to defend them.

DATED this 18th day of November, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE